IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>EDUARDO GONZALEZ-MORENO,<br><br>                Defendant. | **8:23CR2**<br><br>**ORDER** |

       This matter is before the Court on the government's Motion for Dismissal (Filing No. 62) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Indictment be dismissed without prejudice as to defendant Eduardo Gonzalez-Moreno.

       The Motion is granted, and the Indictment against Eduardo Gonzalez-Moreno is dismissed without prejudice.

       IT IS SO ORDERED.

       Dated this 14th day of February 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge